**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**KNOXVILLE DIVISION**

| | | |
|---|---|---|
| ESTATE OF ELIJAH LESTER ISBILL by | ) | |
| WENDY DUNCAN, ADMINISTRATOR | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 3:26-CV-00053 |
| v. | ) | |
| | ) | |
| | ) | |
| TURNKEY HEALTH CLINICS, LLC, d/b/a | ) | |
| TK  HEALTH, DONNA CHISHOLM, | ) | |
| COURTNEY WOODS, GREG MILLS, CITY | ) | |
| OF MADISONVILLE, TENNESSEE, and | ) | |
| OFFICERS CAMERON FOISTER and | ) | |
| ROBERT DENNY MOORE | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION FOR EXTENSION OF TIME FOR THE CITY OF MADISONVILLE TO**
**RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Local Rule 12.1(a), the Plaintiff hereby stipulates that the served Defendant,

City of Madisonville, shall be entitled to an additional 21 days or until and including March 20,

2026, in which to file a responsive pleading to the Complaint.

RESPECTFULLY submitted this 18th day of February, 2026.

*/s/W. Tyler Weiss, BPR No. 028801 w/permission*
W. TYLER WEISS, BPR No. 028801
WORTHINGTON & WEISS, P.C.
409 N. College Street, Suite 1
Madisonville, TN 37354
423-442-5353
tweiss@worthingtonweiss.com

*Counsel for Plaintiff*

*/s/ Reid A. Spaulding, BPR No. 023363*
REID A. SPAULDING, BPR No. 023363
HANSON R. TIPTON, BPR No. 22313
Watson, Roach, Batson & Lauderback, P.L.C.
900 South Gay Street, Suite 1500
Knoxville, TN 37902
865-637-1700
rspaulding@watsonroach.com
Htipton@watsonroach.com

*Counsel for Defendant City of Madisonville*

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system:

W. Tyler Weiss
WORTHINGTON & WEISS, P.C.
409 N. College Street, Suite 1
Madisonville, TN 37354
423-442-5353
tweiss@worthingtonweiss.com

Dated this 18th day of February, 2026.

By: /s/Reid A. Spaulding, BPR No. 023363
REID A. SPAULDING, BPR NO. 023363

2