# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | | |
|---|---|---|
| ESTATE OF ELIJAH LESTER ISBILL<br>By Windy Duncan, Administrator<br><br>*Plaintiff(s)*<br>v.<br>TURNKEY HEALTH CLINICS, LLC d/b/a TK HEALTH et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 3:26-CV-53 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Turnkey Health Clinics, LLC d/b/a TK Health
c/o CT Corporation System, Registered Agent
300 Montvue Road
Knoxville, Tennessee 37919

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Attorney W. Tyler Weiss
Worthington & Weiss, P.C.
409 North College Street
Suite 1
Madisonville, Tennessee 37354

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: February 6, 2026 _____
*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:26-CV-53

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Turn Key Health Clinics, LLC d/b/a TK Health__
was received by me on *(date)* __2/6/2026__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Atty John Alexander via email jalexander@raineykizer.com__, who is designated by law to accept service of process on behalf of *(name of organization)* __Turn Key Health Clinics, LLC d/b/a TK Health__ on *(date)* __2/12/2026__ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: __served Summons and Complaint on Atty John Alexander, Rainey Kizer Reviere & Bell, P.C. via email @ jalexander@raineykizer.com pursuant to TK Health's authorization of him to accept service on its behalf__

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __2/12/2026__

__W. [signature] Atty for Plaintiff__
*Server's signature*
BPR #028801

__W Tyler Weiss Atty for Plaintiff__
*Printed name and title*

__409 College St N, Ste 1 Madisonville TN 37354__
*Server's address*
__(423) 442-5353__

Additional information regarding attempted service, etc: