**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**KNOXVILLE DIVISION**

| | | |
|---|---|---|
| ESTATE OF ELIJAH LESTER ISBILL by | ) | |
| WINDY DUNCAN, ADMINISTRATOR | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | No. 3:26-CV-00053 |
| v. | ) | |
| | ) | |
| | ) | |
| TURNKEY HEALTH CLINICS, LLC, d/b/a | ) | |
| TK  HEALTH, DONNA CHISHOLM, | ) | |
| COURTNEY WOODS, GREG MILLS, CITY | ) | |
| OF MADISONVILLE, TENNESSEE, and | ) | |
| OFFICERS CAMERON FOISTER and | ) | |
| ROBERT DENNY MOORE | ) | |
| | ) | |
|    Defendants. | ) | |

**NOTICE OF SERVICE OF DEFENDANT CITY OF MADISONVILLE, TENNESSEE'S
FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF
DOCUMENTS PROPOUNDED TO PLAINTIFF THE ESTATE OF ELIJAH LESTER
ISBILL, WINDY DUNCAN, ADMINISTRATOR**

Defendant City of Madisonville, Tennessee hereby appears, by and through counsel, and provides notice that Defendant's First Set of Interrogatories and Requests for Production of Documents propounded to Plaintiff the Estate of Elijah Lester Isbill, Wendy Duncan, Administrator, were served via U.S. Mail upon Plaintiff's counsel, W. Tyler Weiss, on the 27th day March 2026.

RESPECTFULLY submitted this 27th day of March 2026.

<span style="display:block; text-align:right">
*/s/ Reid A. Spaulding, BPR No. 023363*
REID A. SPAULDING, BPR No. 023363
HANSON R. TIPTON, BPR No. 22313
Watson, Roach, Batson & Lauderback, P.L.C.
900 South Gay Street, Suite 1500
Knoxville, TN  37902
865-637-1700
rspaulding@watsonroach.com
Htipton@watsonroach.com

*Counsel for Defendant City of Madisonville*
</span>

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 27, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system:

W. Tyler Weiss
WORTHINGTON & WEISS, P.C.
409 N. College Street, Suite 1
Madisonville, TN 37354
423-442-5353
tweiss@worthingtonweiss.com


Philip Aaron Wells
SPEARS, MOORE, REBMAN & WILLIAMS
601 Market Street, Suite 400
Chattanooga, TN 37402
423-756-7000
awells@smrw.com

John O. Alexander
Craig P. Sanders
RAINEY, KIZER, REVIERE & BELL, PLC
Fifth Third Center
424 Church St., Suite 2230
Nashville, Tennessee 37219
(615) 649-0583
jalexander@raineykizer.com
csanders@raineykizer.com


Dated this 27th day of March, 2026.


By:    /s/Reid A. Spaulding, BPR No. 023363
        REID A. SPAULDING, BPR NO. 023363